United States Bankruptcy Court
District of Colorado

In re:  
Louis Dale Houston  
Shirlyn Kay Houston  
    Debtors

Case No. 13-27949-MER  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1      User: potters      Page 1 of 1      Date Rcvd: Aug 07, 2018  
                               Form ID: pdf904    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.  
db/db        +Louis Dale Houston,    Shirlyn Kay Houston,    5176 Elkhart Street,    Denver, CO 80239-6054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:  
         Alexis L. Davidson    on behalf of Creditor    Bosco Credit II Trust Series 2010-1 adavidson@mccooknet.com  
         Can Guner    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS Trustee for the registered holders of MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE5 cguner@rasflaw.com,    cguner@rasflaw.com  
         David A. Shore    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS Trustee for the registered holders of MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE5 cnorth@shoreattys.com  
         Douglas B. Kiel    ecfmail@denver13.com  
         Kristin A. Zilberstein    on behalf of Creditor    Bosco Credit II Trust Series 2010-1 ECFNotifications@ghidottilaw.com  
         Michael J. Wink    on behalf of Debtor Louis Dale Houston mike@winkandwink.com, gailyn@winkandwink.com;winkandwinkECF@gmail.com  
         Michael J. Wink    on behalf of Debtor Shirlyn Kay Houston mike@winkandwink.com, gailyn@winkandwink.com;winkandwinkECF@gmail.com  
         Nicholas H. Santarelli    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS Trustee for the registered holders of MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE5 bankruptcy@janewaylaw.com  
         US Trustee, 13    USTPRegion19.DV.ECF@usdoj.gov  
                                                                                TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In Re:<br>**Louis Dale Houston and**<br>**Shirlyn Kay Houston**<br><br>　　　**Debtors.**<br><br>**Bosco Credit II Trust Series 2010-1**<br><br>v.<br><br>**Louis Dale Houston, Debtor,**<br>**Shirlyn Kay Houston, Debtor; and**<br>**Douglas B. Kiel, Trustee** | Case No.: 13-27949-MER<br><br>Chapter (13)<br><br>Judge Michael E. Romero |

## ORDER ACCEPTING TERMS OF STIUPLATION

　　THE COURT, having reviewed the Stipulation to Resolve Motion for Relief from Stay and motion for Acceptance of Stipulated Terms submitted by the parties, and being fully advised therein, hereby

　　ORDERS that the Motion is granted, and the terms of the Stipulation are approved and made an Order of this Court.

　　This Court does FURTHER ORDER that the preliminary hearing scheduled in this matter for September 5, 2018 at 9:30 AM is VACATED.

　　Dated:  August 7, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Michael E. Romero_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge